■ KINGSBORO AVENUE PRESBYTERIAN CHURCH, Appellant, v PRESBYTERY OF ALBANY, Respondent.—Appeal from an order of the Supreme Court at Special Term, entered September 20, 1976 in Fulton County, which denied plaintiff's motion for a preliminary injunction. Order affirmed, without costs, on the opinion of Amyot, J., at Special Term. Kane, J. P., Mahoney, Main, Larkin and Herlihy, JJ., concur.